Núm. 9535.—Pueblo, apldo. *v.* Maldonado, aplte.—C. D. San Juan. Homicidio involuntario. Diciembre 22, 1942.

Llamado hoy este caso para vista, compareció el fiscal en representación de la parte apelada. Apareciendo que el apelante no ha presentado alegato a pesar de haber vencido las varias prórrogas que se le concedieron a tal fin, que el apelante no ha comparecido a la vista a pesar de habérsele notificado el señalamiento, y que la acusación es suficiente ''prima facie'', se desestima el recurso por abandono.

Núm. 9680.—Pueblo, apldo. *v.* Tapia, aplte.—C. D. Humacao. Infracción Ley de Bebidas, núm. 6 de 1936 ((2) pág. 45). Enero 27, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, la vista del recurso de apelación en el caso de epígrafe fué celebrada el 25 de enero de 1943, con asistencia del acusado en persona y del Fiscal de esta Corte.

Por cuanto, de los autos ante nos sólo aparecen la denuncia formulada contra el acusado por infracción a la Sección 81 de la Ley de Bebidas Alcohólicas de Puerto Rico de junio 30, 1938; la sentencia dictada por la Corte de Distrito de Humacao en 21 de abril de 1939 declarando al acusado culpable e imponiéndole la pena de 30 días de cárcel y las costas; y por último, el escrito de apelación radicado por el acusado apelante el día 21 de abril de 1939.

Por cuanto, el acusado apelante no ha elevado a esta Corte la transcripción de evidencia, ni ha formulado alegato alguno, no estando la Corte por lo tanto en condiciones de poder entrar a considerar los méritos del caso.

Por tanto, se desestima por abandono el recurso.